THOMAS REID, Respondent, v. THOMAS S. DEAL, Appellant.— In an action to recover damages for personal injuries sustained by plaintiff, a passenger in an

automobile owned and operated by defendant, order setting aside a verdict for defendant and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.